United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| NEIL GIESE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-0081 |
| | § | |
| JUAN JACKSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

In this civil-rights case, the defendants' motions for summary judgment were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B) (Dkt. 25). On May 27, 2020, Judge Edison issued a Memorandum and Recommendation (Dkt. 46) recommending that the court deny the defendants' motions for summary judgment on the plaintiff's retaliation claim. Judge Edison further recommended that this court dismiss the plaintiff's claims for compensatory damages and any independent conspiracy claim. The defendants timely filed objections (Dkt. 47).

The court has reviewed the Memorandum and Recommendation, as well as the objections, and has made *de novo* review of the portions of the recommendations to which the defendants have objected. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1). The court agrees with the determinations in the Memorandum and Recommendation.

The court therefore orders that the defendants' objections (Dkt. 47) are overruled. The Memorandum and Recommendation is adopted as this court's Memorandum Opinion and Order.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island on the 26th day June, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE